UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

CHARLES EDWARD TIBBS,

       Petitioner,                   Case No. 2:20-cv-102

v.                                     Honorable Paul L Maloney

MIKE BROWN,

       Respondent.
_____/

### ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for appointment of counsel (ECF No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's request for temporary restraining order (ECF No. 3) and preliminary injunctive relief is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 10, 2020                /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge