UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

CHARLES EDWARD TIBBS,

                Petitioner,

v.

MIKE BROWN,

                Respondent.

_____/

Case No. 2:20-cv-102

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:    August 10, 2020           /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge